**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1067**

LEAVON Z. REEVES,

             Plaintiff - Appellant,

        v.

OWEN & SPARROW, LLC; TWO RIVERS LAW GROUP, PC; ELIZABETH
MCCUBBINS, Chartis Claims, Inc.; CHARTIS CLAIMS,
INCORPORATED,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:10-cv-01075-TSE-JFA)

Submitted: May 19, 2011                    Decided: May 23, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Leavon Z. Reeves, Appellant Pro Se.  John R. Lockard,
VANDEVENTER BLACK, LLP, Norfolk, Virginia; John Elphinstone
McIntosh, Jr., Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leavon Z. Reeves appeals the district court's order denying relief on his successive motion to reconsider the dismissal of his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reeves v. Owen & Sparrow, LLC, No. 1:10-cv-01075-TSE-JFA (E.D. Va. Dec. 29, 2010). Reeves's motion for transcripts at the Government's expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED